**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-33848 |
| Shari Michele Justice | Chapter 7 |
| Debtor | Judge Thomas H. Fulton |

**ORDER SUSTAINING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY KNOWN AS 2017 HONDA CIVIC - VIN 19XFC2F56HE032728**

For good cause shown, American Honda Finance Corporation's ("Movant") Motion for Relief from Stay and Abandonment is hereby granted.

The Court finds that the Movant filed a motion that requested the trustee be ordered to abandon any interest in the Property described as 2017 HONDA CIVIC - VIN 19XFC2F56HE032728 (the "Property).

The Court further finds that the Trustee has not filed a written objection to the taking of the proposed action.

Therefore, it is ORDERED that the Trustee abandon all interest in the Property.

The Court finds that Movant filed a motion that requested relief pursuant to 11 U.S.C. §362 so that it could accelerate the debt owed by the Debtor herein and otherwise pursue Movant's contractual and state law remedies for the Property.

The Court further finds that the Debtor has not filed a timely written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. §362, it is ORDERED that the stay issued in this action be terminated with respect to the Movant, its successors and assigns.

The Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to sell the Property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Property.

The stay shall remain terminated in the event the Debtor converts to a different chapter under the Bankruptcy Code.

IT IS HEREBY ORDERED that the Property described above is DEEMED ABANDONED.

This is a final and appealable order.

Respectfully Submitted,

/s/ Molly Slutsky Simons
_____
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Thomas H. Fulton
United States Bankruptcy Judge

Dated: February 28, 2019

Copies to:

Jan C. Morris
Lowen & Morris
3rd Floor
125 S. 6th Street
Suite 300
Louisville, KY 40202
lmattys@bellsouth.net
Debtors Attorney

William Stephen Reisz
401 W. Main St., Ste 1400
Louisville, KY 40202
wsreisz@hotmail.com
Chapter 7 Trustee

Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Shari Michele Justice, Debtor
201 McGowan Ave
Bardstown, KY 40004